UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE:  APPLICATION OF ) | |
| THE UNITED STATES OF AMERICA ) | Misc No. 2:19-mc-92-JHR |
| FOR AN ORDER PURSUANT TO ) | |
| 20 U.S.C. § 1232g(b)(1)(J)(i) ) | FILED UNDER SEAL |

## MOTION TO EXTEND SEALING AND NON-DISCLOSURE ORDER

The United States of America, by and through its attorneys, Halsey B. Frank, United States Attorney for the District of Maine, and Sheila W. Sawyer, Assistant United States Attorney, respectfully moves this Honorable Court to continue its original May 8, 2019 Order directing the University of Southern Maine not to disclose the existence of the subpoena underlying this matter, and to extend the time for sealing of the Application, Order, and all associated docket entries in the above-captioned matter.

On May 8, 2019, this Court issued an Order directing the University of Southern Maine not to disclose the existence of a federal grand jury subpoena and sealing for a period of 90 days the government's Application for a Non-Disclosure Order and the associated Order.  This matter relates to an ongoing fraud investigation that is not known to the targets of the investigation. Unsealing the above-referenced Application and Order would reveal details of the investigation and might alert the targets of the investigation to the scope and direction of the inquiry, which may result in the destruction of or tampering with evidence and seriously jeopardize the investigation. Additionally, the Government seeks to protect the names of potential victims who are identified in the subpoena.

ACCORDINGLY, it is respectfully requested that the Court grant the attached Order directing University of Southern Maine not to notify any other person of the existence of the underlying subpoena for an additional 90 days, until August 3, 2020, and extending the Court's

prior order the sealing the Application, Order, and all associated docket entries in the above-captioned matter until further order of the Court.

Date:  May 7, 2020

        Halsey B. Frank
        United States Attorney


        /s/ Sheila W. Sawyer
By:    Sheila W. Sawyer
        Assistant United States Attorney
        United States Attorney's Office – District of Maine
        100 Middle Street, East Tower, 6th Floor
        Portland, ME  04101
        207-780-3257
        sheila.sawyer@usdoj.gov